SO ORDERED.

Dated: December 07, 2009

*signature*
REDFIELD T. BAUM, SR
U.S. Bankruptcy Judge

Allan D. NewDelman, Esq. (004066)
ALLAN D. NEWDELMAN, P.C.
80 East Columbus Avenue
Phoenix, Arizona 85012
Telephone: (602) 264-4550
Facsimile: (602) 277-0144
Email: ANEWDELMAN@QWESTOFFICE.NET
Attorney for Debtors

IN THE UNITED STATES BANKRUPTCY COURT

IN THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | In Proceedings Under Chapter Eleven |
| Ryan Timothy Rippy<br>Brande Lynn Rippy | Case No.: 09-02023 RTB |
| | ORDER CONFIRMING THE DEBTOR'S PLAN OF REORGANIZATION |
| Debtors | |

A Plan of Reorganization under Chapter 11 of the Bankruptcy Code having been filed by the Debtors, the matter having been duly noticed as evidenced by the Affidavit of Mailing on file with the Court; the matter having come on for hearing and any objections having been resolved by approval of this order herein below and good cause appearing;

It having been determined after hearing on notice that:

1. The Plan has been accepted in writing;

2. The provisions of Chapter 11 of the Code have been complied with and that the Plan has been proposed in good faith and not by any means forbidden by law;

3. Each holder of a timely filed allowed claim or interest has accepted the Plan;

4. All payments made or promised by the Debtor or by the person issuing securities or acquiring property under the Plan or by any other person for service or for costs and expenses in, or

in connection with the Plan and incident to the case, have been fully disclosed to the Court and are reasonable or, if to be fixed after confirmation of the Plan, will be subject to the approval of the Court.

IT IS ORDERED that the Plan of Reorganization filed by the Debtors, Ryan Timothy Rippy and Brande Lynn Rippy, is hereby CONFIRMED subject to the following terms and conditions:

1. The Debtors shall make payments to the administrative claimant, Allan D. NewDelman set forth in the Disbursement Schedule, attached hereto as Exhibit "A" beginning December 31, 2009.

2. The Debtors shall make payments to those creditors holding allowed claims as set forth in the Disbursement Schedule, attached hereto as Exhibit "A" beginning December 31, 2009.

3. The Debtors will continue to make all contractual payments due to the Classes 5 plus an additional $25.00 per month as set forth in the Debtors' Chapter 11 Plan of Reorganization. The additional payment of $25.00 shall begin with the first payment due from the date that the Order confirming the Debtors' Chapter 11 Plan of Reorganization is entered by the Court.

IT IS FURTHER ORDERED that all property of the estate is vested in the Debtors pursuant to 11 U.S.C. §1141(b).

IT IS FURTHER ORDERED that pre-confirmation fees to the United States Trustee, if any, shall be paid on the effective date of the Plan. Post-confirmation quarterly fees shall be made and post-confirmation quarterly financial reports shall be timely filed until such time as this case is closed by Order of the Court.

SIGNED AND DATED ABOVE.

# EXHIBIT "A"

# RYAN TIMOTHY RIPPY AND BRANDE LYNN RIPPY
## USBC 09-02023 RTB
### Distribution of Payments to Made Under Chapter 11 Plan

| Ending | AND Admin Claim | National City Mortgage Claim | General Unsecured Creditors | **Total Monthly Payment** |
|---|---|---|---|---|
| December 31, 2009 | 750.00 | 0.00 | 0.00 | **750.00** |
| **YEAR 1 TOTALS** | **$750.00** | **$0.00** | **$0.00** | **$750.00** |
| March 30, 2010 | 750.00 | 0.00 | 0.00 | **750.00** |
| June 30, 2010 | 750.00 | 0.00 | 0.00 | **750.00** |
| September 30, 2010 | 1,200.00 | 0.00 | 0.00 | **1,200.00** |
| December 31, 2010 | 668.20 | 531.80 | 0.00 | **1,200.00** |
| **YEAR 2 TOTALS** | **$3,368.20** | **$531.80** | **$0.00** | **$3,900.00** |
| March 30, 2011 | 0.00 | 600.00 | 600.00 | **1,200.00** |
| June 30, 2011 | 0.00 | 600.00 | 600.00 | **1,200.00** |
| September 30, 2011 | 0.00 | 600.00 | 600.00 | **1,200.00** |
| December 31, 2011 | 0.00 | 600.00 | 600.00 | **1,200.00** |
| **YEAR 3 TOTALS** | **$0.00** | **$2,400.00** | **$2,400.00** | **$4,800.00** |
| March 30, 2012 | 0.00 | 1,000.00 | 800.00 | **1,800.00** |
| June 30, 2012 | 0.00 | 1,000.00 | 800.00 | **1,800.00** |
| September 30, 2012 | 0.00 | 1,000.00 | 800.00 | **1,800.00** |
| December 31, 2012 | 0.00 | 1,000.00 | 800.00 | **1,800.00** |
| **YEAR 4 TOTALS** | **$0.00** | **$4,000.00** | **$3,200.00** | **$7,200.00** |
| March 30, 2013 | 0.00 | 1,600.00 | 800.00 | **2,400.00** |
| June 30, 2013 | 0.00 | 1,600.00 | 800.00 | **2,400.00** |
| September 30, 2013 | 0.00 | 1,600.00 | 800.00 | **2,400.00** |
| December 31, 2013 | 0.00 | 1,600.00 | 800.00 | **2,400.00** |
| **YEAR 5 TOTALS** | **$0.00** | **$6,400.00** | **$3,200.00** | **$9,600.00** |

# RYAN TIMOTHY RIPPY AND BRANDE LYNN RIPPY
## USBC 09-02023 RTB
### Distribution of Payments to Made Under Chapter 11 Plan

| Ending | AND Admin Claim | National City Mortgage Claim | General Unsecured Creditors | Total Monthly Payment |
|---|---|---|---|---|
| March 30, 2014 | 0.00 | 2,000.00 | 1,000.00 | **3,000.00** |
| June 30, 2014 | 0.00 | 2,000.00 | 1,000.00 | **3,000.00** |
| September 30, 2014 | 0.00 | 2,000.00 | 1,000.00 | **3,000.00** |
| December 31, 2014 | 0.00 | 2,000.00 | 1,000.00 | **3,000.00** |
| **YEAR 5 TOTALS** | **$0.00** | **$8,000.00** | **$4,000.00** | **$12,000.00** |
| March 30, 2015 | 0.00 | 2,000.00 | 1,000.00 | **3,000.00** |
| June 30, 2015 | 0.00 | 1,415.89 | 1,584.11 | **3,000.00** |
| **YEAR 6 TOTALS** | **$0.00** | **$3,415.89** | **$2,584.11** | **$6,000.00** |
| **GRAND TOTALS** | **4,118.20** | **24,747.69** | **15,384.11** | **44,250.00** |